## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, successor to National City Bank as successor in interest to First of America Bank-Illinois, N.A., <br><br> Plaintiff, <br><br> Vs <br><br> Kamlu, Ltd.; Kimberly Selir; Family Wellness & Rehab, S.C., <br><br> Defendants. | No. 3:11 cv 50387 <br><br> Assigned Judge: Frederick J. Kapala <br><br> Designated Magistrate Judge: P. Michael Mahoney |

### MOTION FOR JUDGMENT OF FORECLOSURE AND SALE

NOW COMES the Plaintiff, PNC Bank, National Association, successor to National City Bank, as successor in interest to First of America Bank-Illinois, N.A. by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

Kamlu, Ltd.; Kimberly Selir; and Family Wellness & Rehab, S.C., and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion, and from the pleadings and admissions on file, there is no genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

                                                PNC Bank, National Association, successor to National City Bank as successor in interest to First of America Bank-Illinois, N.A.

                                                By: /s/ James M. Crowley
                                                          One of Its Attorneys

James M. Crowley (ARDC #6182597)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
jcrowley@crowleylamb.com